UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE HOLT, | No. 2:13-CV-00635 KJM DAD |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| AT&T INC., | |
| Defendant. | |

In an order filed April 2, 2013 (Doc. No. 5), a status conference was set for August 8, 2013, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on July 31, 2013, but there was no appearance by plaintiff's counsel at the August 8th conference.

Accordingly, plaintiff's counsel is ordered to show cause on or before August 30, 2013, why he should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: August 20, 2013.

_____
UNITED STATES DISTRICT JUDGE